IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRENDA MICHELLE STRANGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:23-cv-00439 |
| | ) | |
| ENDEAVOR BUSINESS MEDIA, LLC, | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE NEWBERN |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. No. 16), stating that this action should be dismissed with prejudice. Accordingly, this action is **DISMISSED** with prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE